

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Richard Alan Haase v. Countrywide Home Loans, Inc. and Deutsche Bank National Trust Company

Appellate case number:   01-20-00854-CV

Trial court case number:  07-DCV-161177

Trial court:             400th District Court of Fort Bend County

On October 12, 2021, Appellee Deutsche Bank National Trust Company filed an opposed Motion to Abate Appeal and to Direct the District Court [to] Take Up the Second Motion for Judgment Nunc Pro Tunc Under Texas Rule of Civil Procedure 316. To the extent it seeks abatement of the present appeal, Appellee's motion is **granted.**

This case is abated, treated as a closed case, removed from this Court's active docket, and remanded to the trial court. This appeal will be reinstated on this Court's active docket when the trial court rules on Appellee's Second Motion for Judgment Nunc Pro Tunc and either party informs the Clerk of this Court of the ruling with a certified copy of the order. This Court will also consider a motion to reinstate by either party or may reinstate on its own order.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas Molloy
                    Acting individually

Date:  November 2, 2021